| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zive, Gregg W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Nevada | 3. Date of Report<br><br>08/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S Courthouse
300 Booth Street, 5th Floor
Reno, NV 89509

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | University of Nevada, Reno Foundation |
| 2. | Advisory Board | Nevada Land Trust |
| 3. | Limited Partner | Plumas Garden Partners, Reno NV |
| 4. | Trustee | Trust #3 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Bighorns Basketball LLC-scorekeeper | $325.00 |
| 2. | 2015 | Pacific Coast League-scorekeeper | $990.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 21-24, 2015 | Denver, CO | Conference | (transportation, meals and room) |
| 2. | American Bankruptcy Institute | February 26-27, 2015 | Las Vegas, NV | Conference | (transportation, meals and room) |
| 3. | California Bankruptcy Forum | May 15-17, 2015 | Santa Barbara, CA | Conference | (transportation, meals and room) |
| 4. | American Bankruptcy Institute | May 19-22, 2015 | Chicago, IL | Conference | (transportation, meals and room) |
| 5. | National Conference of Bankruptcy Judges | September 15-17, 2015 | Washington D.C. | Meetings | (transportation, meals and room) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zive, Gregg W. | 08/02/2016 |

| 6. | National Conference of Bankruptcy Judges | September 25-27, 2015 | Miami, FL | Conference | (transportation, meals and room) |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Plumas Garden Partners, Reno, Nevada | A | Interest | K | R | | | | | See comments (Part VIII) |
| 2. | C | Rent | | | | | | | |
| 3. Bank of America, Reno, NV | A | Interest | K | T | | | | | |
| 4. Bank of America, Reno, NV | | None | J | T | | | | | |
| 5. City National Bank Money Market, Reno NV | A | Interest | M | T | | | | | |
| 6. Durney, Brennan, Ltd. Profit Sharing Plan | | None | | | Distributed | 04/28/15 | M | | See Comments (Part VIII) |
| 7. Wells Fargo Advisors Rollover IRA (H) | C | Dividend | | | | | | | See Comments (Part VIII) |
| 8. - Investment Co. of America | | | | | Sold | 09/28/15 | M | | See Comments (Part VIII) |
| 9. - Wells Fargo Bank Deposit | | | | | Sold | 09/28/15 | J | | See Comments (Part VIII) |
| 10. - Franklin Mutual Global Discovery FD | | | | | Sold | 09/28/15 | L | | See Comments (Part VIII) |
| 11. Wells Fargo Advisors IRA (H) | E | Dividend | O | T | | | | | |
| 12. -Wells Fargo Bank Deposit | | | | | | | | | |
| 13. - Lehman Bros. Holding | | | | | | | | | |
| 14. - Chevron Corporation | | | | | | | | | |
| 15. - Franklin Real Estate Secs Tr | | | | | | | | | |
| 16. - Europacific Growth Fund | | | | | | | | | |
| 17. - Growth Fund America Inc (Class A) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Growth Fund America Inc (Class C) | | | | | | | | | |
| 19. - Franklin Mutual Global Discovery FD (Class C) | | | | | Buy (add'l) | 09/28/15 | L | | See comments (Part VIII) |
| 20. - Allianz FDS Technology FD (Class C) | | | | | | | | | |
| 21. - Alger Health Sciences Fund (Class C) | | | | | | | | | |
| 22. - Federated Kaufmann Lg (Class C) | | | | | Buy | 01/02/15 | J | | |
| 23. - Investment Co. of America | | | | | Buy | 09/28/15 | M | | See comments (Part VIII) |
| 24. Boeing Company | A | Dividend | J | T | | | | | |
| 25. Coca-Cola | B | Dividend | K | T | | | | | |
| 26. Blackrock FDS US Opportunities Port (Class C) | C | Dividend | K | T | | | | | |
| 27. Alger Cap Appreciation Fund Class C | B | Dividend | K | T | | | | | |
| 28. Eaton Vance Natl Ltd Maty Income FD Class C | B | Interest | L | T | | | | | |
| 29. Wells Fargo Bank Deposit | | None | K | T | | | | | |
| 30. Harbor Fd Intl Fd Inv CL | A | Dividend | J | T | | | | | |
| 31. Buffalo Small Cap Fd | A | Dividend | J | T | | | | | |
| 32. Hotchkis & Wiley Fds Diversified Value Fund | A | Dividend | J | T | | | | | |
| 33. MFS Ser Tr Value Fund Class W | A | Dividend | J | T | | | | | |
| 34. Pimco Fds Mgmt Ser Real Return Strat Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rainier Funds Md Cap Equity Portfolio | A | Dividend | J | T | | | | | |
| 36. Touchstone Instl Fds Tr Sands Cap Instl Growth | A | Dividend | J | T | | | | | |
| 37. WT Mut Fd Crm Mid Cap Value Fd Instl | A | Dividend | J | T | | | | | |
| 38. Janus Invt FD Flexible BD FD Class I | A | Dividend | J | T | | | | | |
| 39. Lazard Developing Markets Equity CL | A | Dividend | J | T | | | | | |
| 40. Oppenheimer Intl Growth FD Class Y | A | Dividend | J | T | | | | | |
| 41. Pimco FDS Pac Invt Mgmt Series Total Return | A | Dividend | J | T | | | | | |
| 42. Pioneer Fund Class Y | A | Dividend | J | T | | | | | |
| 43. Stratton FDS Inc Small Co Oppty CL I | A | Dividend | J | T | | | | | |
| 44. Victory Portfolios Small Co Oppty CL I | A | Dividend | J | T | | | | | |
| 45. Wells Fargo FDS TR Advantage FD CL I | B | Dividend | J | T | | | | | |
| 46. Thornburg Intl Value FD | A | Dividend | J | T | | | | | |
| 47. William Blair FDS Small Cap Growth Fd CL | A | Dividend | J | T | | | | | |
| 48. Bond Fund of America | A | Dividend | K | T | | | | | |
| 49. Aston Funds Montag & Caldwell Growth | A | Dividend | J | T | | | | | |
| 50. T Rowe Price Real Estate Fund Inc | A | Dividend | J | T | | | | | |
| 51. Trust #3 (H) | E | Int./Div. | N | | | | | | See Comments (Part VIII) |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -City National Bank Money Mkt, Reno NV | | | | T | | | | | |
| 53. - Brokerage #1 | | | | T | | | | | |
| 54. -Money Market Fund-Stifel Nicolaus | | | | | | | | | |
| 55. - Franklin Cust FDS Income US Govt Ser Class A | | | | | | | | | |
| 56. - Franklin Income Fund CL A | | | | | | | | | |
| 57. - Nuveen All American Muni Bond FD CL A | | | | | | | | | |
| 58. - Eaton Vance Insured Municipal Bond Fd | | | | | | | | | |
| 59. - Pimco Muni Income Fd III | | | | | | | | | |
| 60. - Federated Stat Value Dividend CL A | | | | | | | | | |
| 61. - AIM Invesco Equity and Income CL A | | | | | | | | | |
| 62. - Nuveen High Yield Muni Bond | | | | | | | | | |
| 63. Nevada State Bank, Reno, NV Money Market | A | Interest | M | T | | | | | |
| 64. RBC Dain Rauscher IRA (H) | D | Int./Div. | M | T | | | | | See Comments (Part VIII) |
| 65. | D | Distribution | | | | | | | |
| 66. -Tamarack Invt FDS Prime Money Market | | | | | | | | | |
| 67. -Invesco Select Real Estate Income Fund | | | | | | | | | |
| 68. - Growth Fund of America | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Henderson Global Intl Opps | | | | | | | | | |
| 70.  - Franklin US Gov Sec Series | | | | | | | | | |
| 71.  - Franklin Founding FD Alloc A | | | | | | | | | |
| 72.  - Columbia FDS Ser TR II Mass Seligman Comm & Info CL C | | | | | | | | | |
| 73.  - Ivy FDS Inc Small Cap Growth FD CL C | | | | | | | | | |
| 74.  ▓▓▓▓▓▓▓ | None | | J | T | | | | | |
| 75.  Wells Fargo Bank, N.A., Reno, NV | None | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 1. 6.25 % limited partnership interest; apartment complex. Original purchase price of $50,000 in April 1994.

VII Line 6. Upon spouse's death, this profit sharing plan was transferred into a retirement account in April of 2015 that the filer disclaimed interest in. The beneficiary of the account is an adult child.

VII Line 7. This IRA account was closed in September of 2015 and all holdings transferred to the IRA on line 11 as noted below on lines 8-10.

VII Line 8. This holding was transferred into the IRA account on line 11.

VII Line 9. This holding was transferred into the IRA account on line 11.

VII Line 10. This holding was transferred into the IRA account on line 11.

VII Line 19. The additional shares were transferred in from the IRA account on line 7.

VII Line 23. This was transferred in from the IRA account on line 7.

VII. Line 51. This trust was created February 12, 2007. 100% beneficial interest in this trust.

VII. Line 64. Beneficiary of this decedent IRA from which Required Minimum Distributions (RMD) are required to be taken annually.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg W. Zive**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544